

PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1-17-MJ-00225 BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL COMPLAINT AND WARRANT OF ARREST |
| v. | |
| EVERITT AARON JAMESON | |
| Defendant. | |

The complaint and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the complaint and warrant of arrest be unsealed and made public record for Everitt Aaron Jameson.

Dated: December 22, 2017

BARBARA A. MCAULIFFE
U.S. Magistrate Judge

2